UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-20381/Middlebrooks

**INTEROP TECHNOLOGIES, LLC,**

      Plaintiff,

v.

**ACACIA RESEARCH CORPORATION,**
**INTERCARRIER COMMUNICATIONS, LLC,**
**and TELECOMMUNICATION SYSTEMS, INC.,**

      Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) and (c), it is stipulated and agreed by Plaintiff Interop Technologies, LLC ("Interop"), Defendant Acacia Research Corporation ("Acacia"), Defendant Intercarrier Communications, LLC ("ICC"), and Defendant TeleCommunication Systems, Inc. ("TCS") (collectively with Interop, Acacia, and ICC the "Parties") that this action[1] be dismissed without prejudice, with each party to bear its own attorneys' fees and costs. The Parties on behalf of themselves and their successors, agents, licensees and licensors stipulate and agree that if a related action involving Interop is re-filed in the future, including but not limited to actions involving: the accused products; Rich Communications Services; U.S. Pat. Nos. 6,658,260, 6,985,748, 7,890,127, RE41,006, 7,430,425 (including parents and children thereof); and/or, any claims that were or could have been raised in this action, such an action will be filed exclusively in the Southern District of Florida.

---

[1] This includes both the Complaint filed by Interop Technologies, LLC and the Complaint filed by Intercarrier Communications, LLC which were consolidated into the single action. *See*, Order Consolidating Case No. 13-21463-CIV-Lenard and Case No. 13-20381-CIV-Lenard dated Apr. 25, 2013 [DE 6].

*Interop Technologies, LLC v. Acacia Research Corp., et al.*
Case No.: 13-cv-20381

| | |
|---|---|
| Dated:  June 19, 2013 | Respectfully submitted, |

        **ASSOULINE & BERLOWE, P.A.**
        2700 N. Military Trail, Suite 150
        Boca Raton, Florida 33431
        Telephone: (305) 567-5576
        Facsimile:  (305) 567-9343

By:    *s/ Peter A. Koziol*
        Peter A. Koziol, Esq. (FBN 30446)
        pak@assoulineberlowe.com
        Eric N. Assouline, Esq. (FBN 106143)
        ena@assoulineberlowe.com

*Attorneys for Plaintiff,*
*Interop Technologies, LLC*

and,

**HILL, RUGH, KELLER & MAIN, P.L.**
390 North Orange Avenue, Suite 1610
Orlando, FL  32801
Telephone: (407) 926-7460
Facsimile: (407) 926-7461

By:    /s/Steven R. Main
        Christopher T. Hill, Esq. (FBN 0868371)
        chill@hrkmlaw.com
        Steven R. Main, Esq. (FBN 0144551)
        smain@hrkmlaw.com

    *and,*

Timothy Devlin, Esq. (DBN 4241)
tdevlin@farneydaniels.com
Farney Daniels, LLP
1220 North Market Street, Suite 850
Wilmington, DE 19806

    *and,*

[Signature page continued]

*Interop Technologies, LLC v. Acacia Research Corp., et al.*
Case No.: 13-cv-20381

        Xiang Yu, Esq. (TBN 24085674)
        ayu@farneydaniels.com
        Farney Daniels, LLP
        800 S Austin, Suite 200
        Georgetown, TX 78626

        ***Attorneys for Defendants,***
        ***Acacia Research Corporation and***
        ***Intercarrier Communications Services, LLC***


        *and,*

        **SMITH, GAMBRELL AND RUSSELL, LLP**
        Bank of America Tower
        50 N. Laura Street, Ste. 2600
        Jacksonville, FL 32202
        Tel: (904) 598-6100
        Fax: (904) 598-6300

By:      s/ James W. Middleton
        James W. Middleton (FBN 508152)
        jmiddleton@sgrlaw.com

        ***Attorneys for Defendant,***
        ***TeleCommunication Systems, Inc.***

*Interop Technologies, LLC v. Acacia Research Corp., et al.*
Case No.: 13-cv-20381

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day June 19, 2013 on all counsel or parties of record on the service list indicated below:

By:  s/ *Peter A. Koziol*
Peter A. Koziol

## SERVICE LIST

*Interop Technologies, LLC v. Acacia Research Corporation, et al.*
Civ. Act. No.: 13-cv-20381
United States District Court, Southern District of Florida

**Via Electronic Mail**

Christopher T. Hill, Esq. &
Steven R. Main, Esq.
Hill, Rugh, Keller & Main, P.L.
Steven R S Main (FBN 144551)
chill@hrkmlaw.com
smain@hrkmlaw.com
Hill Rugh Keller & Main
390 N Orange Ave Ste 1610
Orlando, Florida 32801-1641

Harris D. Butler, Esq. (VSB No. 26483)
Harris.Butler@butlerroyals.com
Rebecca H. Royals, Esq. (VSB 71420)
Rebecca.Royals@butlerroyals.com
Butler Royals, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: (804) 648-4848

Timothy Devlin, Esq.
tdevlin@farneydaniels.com
Farney Daniels, LLP
1220 North Market Street, Suite 850
Wilmington, DE 19806

[Service list continued]

**Via Electronic Mail**

James W. Middleton, Esq. (FBN 508152)
jmiddleton@sgrlaw.com
SMITH, GAMBRELL AND RUSSELL, LLP
Bank of America Tower
50 N. Laura Street, Ste. 2600
Jacksonville, FL 32202
Tel: 904-598-6100
Fax: 904-598-6300

John P. Moy, Esq.
jmoy@sgrlaw.com
Edward Pennington, Esq.
epennington@sgrlaw.com
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: 202-263-4337
Fax: 202-263-4329

*Attorneys for Defendant*
*TeleCommunication Systems, Inc.*

*Interop Technologies, LLC v. Acacia Research Corp., et al.*
Case No.: 13-cv-20381

Xiang Yu, Esq.
ayu@farneydaniels.com
Farney Daniels, LLP
800 S Austin, Suite 200
Georgetown, TX 78626

***Attorneys for Defendants***
***Acacia Research Corporation and,***
***Intercarrier Communications, LLC***